James COOPER, et al., Plaintiffs–
Appellees,

v.

W.B. "Billy" NOBLE, Sheriff of Madison
County, et al., Defendants,

Jessie Hopkins, Sheriff of Madison Coun-
ty, Robert J. Dowdle, Marcus Sharpe,
David H. Richardson, Karl M. Banks &
J.L. McCullough, Members of the Madi-
son County Board of Supervisors, Defen-
dants–Appellants.

No. 93–7678.

United States Court of Appeals,
Fifth Circuit.

Dec. 15, 1994.

Rebecca Cowan, C.R. Montgomery, Mont-
gomery, Smith–Vaniz & McGraw, Jackson,
MS, for appellants.

Tara Walker, Lindia Pilcher Robinson,
Ronald Reid Welch, Terry Wallace, Jackson,
MS, for appellees.

Before WIENER, EMILIO M. GARZA,
and BENAVIDES, Circuit Judges.

EMILIO M. GARZA, Circuit Judge:

We supplement our prior opinion, *see Coo-
per v. Noble,* 33 F.3d 540 (5th Cir.1994), as
follows:

The Violent Crime Control and Law En-
forcement Act of 1994 ("the Act"), P.L. 103–
322, 108 Stat. 1796, effective September 13,
1994, provides for periodic reopening "at the
behest of a defendant" of court orders or
consent decrees seeking to remedy prison or
jail crowding that violates the Eighth
Amendment. *Id.* § 20409(a) (codified at 18
U.S.C. § 3626(c)). The Act applies to all
outstanding court orders on the date of its
enactment. *Id.* § 20409(b).

No issue pertaining to the Act was brought
before us; the defendants did not, pursuant
to the Act, request a reopening; and, finally,
the District Court proceedings reviewed in
this appeal were conducted prior to Septem-
ber 13, 1994. Accordingly, the provisions of
the Act are not applicable to our determina-
tion of the instant appeal.